IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON STORRS, and AMBER SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>PRESTON MASS, in his individual capacity; KURT MCLANNAN, in his individual capacity; TRAVIS ROZEBOOM, in his individual capacity; PRESTON MAAS, in his individual capacity; and BRIAN MALONE, in his individual capacity;<br><br>Defendants. | **8:21CV175**<br><br>**ORDER** |

Upon Plaintiffs' unopposed motion for early discovery, (Filing No. 27), which is hereby granted:

IT IS ORDERED that Plaintiffs are granted leave to serve a Rule 45 subpoena on the Custodian of Records, Papillion Police Department, which commands the production of the following information regarding the December 26, 2019 encounter at issue in the above-captioned matter:

1. Any cruiser audio or visual recordings from the vehicle of any officer present;

2. Any body cam (BWC) recordings of any officer present;

3. Any dispatch recordings and logs of dispatch communications related to the shoplifting incident and traffic stop at issue herein;

4. Any narrative reports of Officers Maas, Malone, Rozeboom, or any other Papillion Police Department Officer present at the scene regarding the encounter;

5. Any written or recorded statements of Maas, Malone, Rozeboom made during the course of the criminal investigation conducted by the Douglas County Sheriff's office.

6. The Executive Summary regarding the criminal investigation of the December 26, 2019 incident written by Lieutenant William Rinn of the Douglas County Sheriff's Office.

Dated this 2nd day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge