IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JASON STORRS, and AMBER SMITH,

                    Plaintiffs,                                    **8:21CV175**

            vs.

TRAVIS ROZEBOOM, in his individual                    **ORDER**
capacity; PRESTON MAAS, in his
individual   capacity;   and   BRIAN
MALONE, in his individual capacity;

                    Defendants.

After conferring with counsel,

IT IS ORDERED:

1)      The expert witness deadlines are stayed pending further order of the court.

2)      If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to discuss further case progression deadlines, the parties' interest in alternative dispute resolution, and the pretrial conference and trial settings.

3)      The clerk shall set an internal case progression deadline of July 28, 2022.

March 29, 2022.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge