# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JASON STORRS, and AMBER SMITH,** | |
| Plaintiffs, | 8:21CV175 |
| vs. | ORDER |
| **TRAVIS ROZEBOOM, in his individual capacity; PRESTON MAAS, in his individual capacity; and BRIAN MALONE, in his individual capacity;** | |
| Defendants. | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendants,

**IT IS ORDERED:**

1. On or before **October 24, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 24th day of September, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge