IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON STORRS, and AMBER SMITH,<br><br>      Plaintiffs,<br><br> vs.<br><br>TRAVIS ROZEBOOM, in his individual capacity; PRESTON MAAS, in his individual capacity; and BRIAN MALONE, in his individual capacity,<br><br>      Defendants. | 8:21CV175<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

  This case is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), signed by counsel for all parties. Filing 143. The parties stipulate to dismissal of this matter with prejudice. Filing 143 at 1. Accordingly,

  IT IS ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice, Filing 143, is accepted, and this case is dismissed with prejudice.

  Dated this 25th day of November, 2025.

                BY THE COURT:

                _____
                Brian C. Buescher
                United States District Judge